

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-23-2013

# USA v. Citgo Asphalt Refining Company

Precedential or Non-Precedential: Precedential

Docket No. 11-2577

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Citgo Asphalt Refining Company" (2013). *2013 Decisions.* Paper 754.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/754

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2576

_____

IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD., AS OWNER
OF THE M/T ATHOS I AND TSAKOS SHIPPING & TRADING, S.A.,
AS MANAGER OF THE ATHOS I FOR EXONERATION FROM
OR LIMITATION OF LIABILITY


_____

No. 11-2577

_____

UNITED STATES OF AMERICA,

Appellant

v.

CITGO ASPHALT REFINING COMPANY; CITGO PETROLEUM CORPORATION;
CITGO EAST COAST OIL CORPORATION


_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-05-cv-00305 / 2-08-cv-02898)
Trial District Judge: Honorable John P. Fullam
District Judge: Honorable Joel H. Slomsky[*]

_____


Argued September 20, 2012

_____

[*] Judge Slomsky was assigned to this matter following the retirement of Judge Fullam,
who presided at trial and ruled on the merits.

Before: AMBRO, GREENAWAY, Jr., and O'MALLEY,[**] Circuit Judge

(Opinion filed May 16, 2013)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed May 16, 2013, be amended as follows:

On page 3, third address from the top of the page, delete the name "George M. Chalos, Esquire," and change the firm name to "Chalos O'Connor, LLP."  The reference should read:

Eugene J. O'Connor, Esquire
Chalos O'Connor, LLP
366 Main Street
Port Washington, NY  11050

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: May 23, 2013

---

[**] Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal Circuit, sitting by designation.